■ In the Matter of JONATHAN JOHNSON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [671 NYS2d 386] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner was found guilty after a Tier III hearing of violating inmate rules 106.10 (7 NYCRR 270.2 [B] [7] [i] [refusal to obey a direct order]), 109.11 (7 NYCRR 270.2 [B] [10] [ii] [leaving assigned area without authorization]), 109.12 (7 NYCRR 270.2 [B] [10] [iii] [movement violation]), and 180.10 (7 NYCRR 270.2 [B] [26] [i] [violating visiting procedures]). The determination of the Hearing Officer is supported by the misbehavior reports and the testimony of the correction officers who prepared them, which constitute substantial evidence to support the determination (*see, People*

*ex rel. Vega v Smith,* 66 NY2d 130, 139; *Matter of Hooper v Goord,* 247 AD2d 884; *Matter of Valera v Selsky,* 185 AD2d 481). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Fallon, JJ.